UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,              08 Civ. 8648 (JGK)

    - against -                             ORDER

ANTHONY J. CUTI AND WILLIAM J.
TENNANT,

                    Defendants.

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record, non-party Duane

Reade's motion to intervene and for a protective order to

postpone two depositions until after the conclusion of the

related criminal trial is **granted**.

    The Government's motion to delay depositions of four

witnesses until after the conclusion of the related criminal

trial is **granted**.

    The Clerk of this Court is directed to close Docket No. 46.

SO ORDERED.

Dated:    New York, New York
          August 13, 2009

                                        John G. Koeltl
                                   United States District Judge

U. S SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/09